1060

THE STATE OF WASHINGTON, *Respondent*, v. WALTER
L. SIERRA, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD
CHARLES FASHAW, *Appellant*.

Appeals from judgments of the Superior Court for King
County, Nos. 94-1-03431-2, 94-1-03430-4, Leroy McCullough, J., entered October 31, 1994. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy,
A.C.J., and Becker, J. Vacated and remanded by order of
the Supreme Court September 3, 1997.

THE STATE OF WASHINGTON, *Respondent*, v. JASON
PAUL HAACK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-02795-1, Robert H. Alsdorf, J., entered
August 21, 1995. *Affirmed* by unpublished opinion per
Kennedy, J., concurred in by Baker, C.J., and Webster, J.
Now published at 88 Wn. App. 423.

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH
VERNON KNUTSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-03691-2, Marsha J. Pechman, J., entered
November 1, 1995. *Affirmed* by unpublished per curiam
opinion. Now published at 88 Wn. App. 677.

ERIC TREUTER, *Respondent*, v. BARBARA JEAN
CHRISTOPHERSON, *as Personal Representative,*
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 95-2-14567-1, Nicole MacInnes, J., entered
August 8, 1996. *Reversed* by unpublished opinion per
Kennedy, A.C.J., concurred in by Coleman and Becker, JJ.